# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN M. OKROS,

    Plaintiff,

vs.

ANGELO IAFRATE CONSTRUCTION
COMPANY, a Michigan corporation,

    Defendant.

_____/

Case No. 5:05CV60006
Judge Marianne O. Battani
Magistrate Judge Morgan

Teresa J. Gorman (P61001)
Kenneth J. Hardin II (P44681)
Hardin & Associates, P.C.
Attorneys for Plaintiff
30150 Telegraph Road, Suite 345
Bingham Farms, MI 48025
(248) 723-9900

Michael L. Stefani (P20938)
Brady G. Stefani (P55740)
Stefani & Stefani, P.C.
Attorneys for Defendant
512 E. Eleven Mile Road
Royal Oak, MI 48067
(248) 544-3400
_____/

## **JUDGMENT**

      This action came on for trial before the Court and a jury, Honorable Marianne O. Battani, District Court Judge, presiding, any issues having been duly tried and the jury having duly rendered its verdict;

      Judgment is hereby entered in favor of the Plaintiff against the Defendant in the amount of $400,000.00 plus interest from January 7, 2005 through January 25, 2007 in the amount of $16,155.46, for a total judgment amount of $416,155.46.

1

**IT IS ORDERED** that this judgment shall accrue interest from the date of entry at the rate of 5.03% compounded annually.

**IT IS FURTHER ORDERED** that this judgment is not the final dispositive order in this case and may be amended to reflect costs and attorney's fees agreed to by the parties or as awarded by the Court or to reflect other modifications ordered by the Court. Any increase in the amount of this judgment shall accrue post-judgment interest from the date of the modified judgment as provided above.

s/Marianne O. Battani<br>
Honorable Marianne O. Battani

DATED: January 25, 2007

Approved as to form and content:


/s/Kenneth J. Hardin II
Kenneth J. Hardin II (P44681)
Attorney for Plaintiff


/s/ Michael L. Stefani
Michael L. Stefani (P20938)
Attorney for Defendant