### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JOHN M. OKROS,

     Plaintiff,

                               Case No. 5:05CV60006

vs.                            Judge Marianne O. Battani

                               Magistrate Judge Morgan

ANGELO IAFRATE CONSTRUCTION
COMPANY, a Michigan corporation,

     Defendant.

_____/

### NOTICE OF APPEAL TO THE UNITED STATES
### COURT OF APPEALS FOR THE SIXTH CIRCUIT

Defendant, Angelo Iafrate Construction Company, appeals to the United States Court of

Appeals for the Sixth Circuit from the Order of the District Court for the Eastern District of

Michigan entered in this case on March 23, 2007, which denied Defendant's Motion for a New

Trial and denied in part Defendant's Motion for Remittitur.

The parties to the Order appealed from and the names and addresses of their respective

attorneys are as follows:

Michael L. Stefani (P20938)
Frank J. Rivers (P62973)
Stefani & Stefani, Professional Corporation
Attorneys for Defendant
512 E. Eleven Mile Road
Royal Oak, MI 48067
(248) 544-3400

Kenneth J. Hardin II (P44681)
Teresa J. Gorman (P61001)
Hardin & Associates, P.C.
Attorneys for Plaintiff
30150 Telegraph Road, Suite 345
Bingham Farms, MI 48025
(248) 723-9900

Respectfully submitted,

**Stefani & Stefani,
Professional Corporation**

/s/ Michael L. Stefani
512 East Eleven Mile Road
Royal Oak, MI  48067-2741
(248) 544-3400
mike@stefani-law.com
P20938

---

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>April 10, 2007,</u> I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: <u>Teresa J. Gorman, Esq.</u> and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: <u>N/A</u>.

/s/ Michael L. Stefani
512 East Eleven Mile Road
Royal Oak, MI  48067-2471
(248) 544-3400
mike@stefani-law.com
P20938

2