AO 450  (Rev. 7/99) Judgment in a Civil Case     **CLOSED** MARCH 3, 2010

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JOHN M. OKROS,

          Plaintiff,

v.

ANGELO IAFRATE CONSTRUCTION COMPANY,

          Defendant.
_____/

JUDGMENT IN A CIVIL CASE

Case Number: 05-cv-60006

Honorable MARIANNE O. BATTANI
U. S. District Court Judge

■   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict MARCH 2, 2010; therefore,

    IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of the Defendant and against the Plaintiff as **NO CAUSE OF ACTION.**

    **SO ORDERED.**

                        s/Marianne O. Battani
                        **MARIANNE O. BATTANI**
                        U. S. District Court Judge

**Dated: March 3, 2010**

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Judgment was served upon Mitchell Boardman, and Michael Stefanil via ECF System.

                        s/Bernadette M. Thebolt
                        Case Manager